No. 171, Misc.  BALES *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 177, Misc.  WALKER *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 178, Misc.  HURLEY *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 179, Misc.  LEACH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 181, Misc.  HARRIS *v.* STORIE ET AL.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se. Nathan R. Berke* for respondent Storie, and *Roland C. Davis* for certain other respondents.

No. 182, Misc.  OAKES *v.* RUNDLE, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 183, Misc.  SIMCOX *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 184, Misc.  GASCAR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 185, Misc.  WHITFIELD ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Sacramento. Certiorari denied.

No. 187, Misc.  RAMSEY *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.